

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00111-CR

Claudia **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 446387
The Honorable Monica A. Gonzalez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 14, 2015.

_____
Patricia O. Alvarez, Justice